**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**MICHAEL WAYNE BLANCHE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | Case No. CR.S 05-00243 WBS |
| Plaintiff,  ) | **STIPULATION AND [PROPOSED]** |
| vs.  ) | **ORDER TO CONTINUE SENTENCING** |
| MICHAEL WAYNE BLANCHE, et. al.  ) | |
| Defendant.  ) | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, William S. Wong, Assistant United States Attorney, and defendant, MICHAEL WAYNE BLANCHE, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of defendant now scheduled for December 6, 2006 at 9:00 a.m., be rescheduled to January 8, 2007 at 8:30 a.m.

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

The parties are requesting this continuance to provide them with additional time to negotiate a possible global settlement.  The parties do not anticipate that they will request any further continuance in this case.

Dated: December 5, 20066    Respectfully submitted,

              JOSEPH J. WISEMAN, P.C.

              By:   /s/Joseph J. Wiseman
                JOSEPH J. WISEMAN
                Attorney for Defendant
                MICHAEL WAYNE BLANCHE

Dated: December 5, 2006    By:   /s/William S. Wong
                WILLIAM S. WONG
                Attorney for Plaintiff
                UNITED STATES OF AMERICA

### ORDER

The court is uncertain what the parties mean when they state that they are negotiating a possible "global settlement."  The decision of what sentences shall be imposed is for the court, not the parties, to determine, and the court has not and will not enter into any settlement negotiations.  With that understanding, IT IS HEREBY ORDERED THAT the sentencing of defendant MICHAEL WAYNE BLANCHE in the above-captioned case shall be continued to January 8, 2007, at 8:30 a.m.

Dated:  December 5, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Stipulation and Order to Continue Sentencing    CR. S-05-00243 WBS

PDF created with pdfFactory trial version www.pdffactory.com