UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MICHAEL WAYNE BLANCHE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | CIV. NO.  2:16-01353 WBS<br>CR.  NOS. 2:06-00451-05 WBS<br>　　　　　　2:05-00243-03 WBS<br><br>ORDER |

----oo0oo----

On June 15, 2016, petitioner Michael Wayne Blanche filed a successive motion pursuant to 28 U.S.C. § 2255. The United States shall file an opposition to petitioner's motion no later than July 22, 2016. Petitioner may then file a reply no later than August 5, 2016. The court will then take the motion under submission and will inform the parties if oral argument or

1

1 | further proceedings are necessary.

2 |        IT IS SO ORDERED.

3 | Dated: June 21, 2016

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE