UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>MICHAEL BLANCHE,<br>　　　　Defendant. | CR. NO. 2:05-00243-03 WBS<br><br>ORDER |

----oo0oo----

　　　　On December 8, 2014, defendant Michael Blanche filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582. (Docket No. 176.) The United States shall file an opposition to defendant's motion no later than August 15, 2016. Defendant may file a reply no later than August 30, 2016. The court will then take the motion under submission and will inform the parties if

1

1  oral argument or further proceedings are necessary.
2            IT IS SO ORDERED.
3  Dated:  July 11, 2016

   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE