UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| MICHAEL WAYNE BLANCHE, | CR. NOS. 2:06-00451-05 WBS |
| | 2:05-00243-03 WBS CKD |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

----oo0oo----

IT IS HEREBY ORDERED that petitioner's motion pursuant to 28 U.S.C. § 2255 (Docket No. 186) is referred to the assigned Magistrate Judge for all further proceedings pursuant to 28 U.S.C. § 636(b)(1)(B). The previously set briefing schedule (Docket No. 187) shall remain in effect.

IT IS SO ORDERED.

Dated: July 13, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1