HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, #182732
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-cr-00243-WBS-CKD |
| Plaintiff, | ) | |
| v. | ) | APPOINTMENT ORDER |
| MICHAEL WAYNE BLANCHE, | ) | |
| Defendant. | ) | |

Pursuant to General Order No. 563 and the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), the Office of the Federal Defender is appointed to represent this defendant-movant, MICHAEL WAYNE BLANCHE, to determine whether he may qualify for relief under either 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of the Supreme Court's decision in *Johnson v. United States*, 135 S.Ct. 2551 (2015), and to present any petitions, motions, or applications relating thereto for disposition.  Due to a conflict, the Federal Defender respectfully requests that the Office of the Federal Defender be relieved from assuming appointment in the above captioned case and that attorney

John Paul Balazs
Law Office of John P. Balazs
916 2nd Street
Suite F
Sacramento, CA 95814
916-447-9299
Fax: (916) 557-1118
Email: balazslaw@gmail.com

-1-

be appointed counsel for Mr. Bradley for *Johnson* matters, further proceedings in district court, and any resulting appeal.

Dated:  July 19, 2016                            Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ Carolyn M. Wiggin*
                                            CAROLYN M. WIGGIN
                                            Assistant Federal Defender

      I accept the appointment and ask the order to be granted.

DATED:  July 19, 2016

                                            */s/ John P. Balazs*
                                            JOHN P. BALAZS
                                            Attorney at Law

**O R D E R**

IT IS SO ORDERED.

Dated:  July 22, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE