UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MICHAEL BLANCHE,<br><br>Movant. | No. 2:05-cr-0243 WBS CKD P<br><br><br><br>ORDER |

On July 25, 2016, the court appointed attorney John Balazs to determine whether movant may qualify for collateral relief in light of the Supreme Court's decision in Johnson v. United States, 135 S. Ct. 2551 (2015). Good cause appearing, IT IS HEREBY ORDERED that:

1. Attorney Balazs shall inform the court within 30 days whether he will file an amended 28 U.S.C. § 2255 motion on behalf of movant, represent movant in proceedings on the motion already on file (ECF No. 186), or file a motion to withdraw as counsel;

2. Respondent's July 19, 2016 motion to stay is denied without prejudice; and

3. Respondent need take no further action until notified by the court.

Dated: August 24, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/blan0243.scrn