John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
Michael Blanche

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:05-CR-0243-WBS |
| Plaintiff, | **APPLICATION AND ~~PROPOSED~~ ORDER** |
| v. | |
| MICHAEL BLANCHE, | Hon. William B. Shubb |
| Defendant. | |

After the Federal Defender's Office filed a notice of non-supplementation of defendant's pro se motion (CR #176), the district court appointed undersigned counsel to represent defendant with respect to his motion to reduce sentence under 18 U.S.C. § 3582(c)(2) and Guideline Amendment 782 in an order filed August 28, 2016.  Dkt. entry 206.

In reviewing this matter, counsel learned that defendant did not file a motion to reduce his sentence under § 3582(c)(2) at docket # 176; rather, defendant's motion is to modify, reduce, or correct sentence pursuant to 18 U.S.C. §3621(b) and § 3585(b).  In short, the motion requests that credit on a state prison sentence run concurrent with defendant's federal sentence and/or for other appropriate relief.  This motion was mistakenly docketed as a motion to reduce sentence based on a guideline amendment and §3582(c)(2).  Dkt. entry 176.

In light of the fact that counsel was appointed to represent defendant as to a § 3582(c)(2) motion, counsel requests clarification as to whether the Court desires that counsel's appointment continue and apply to defendant's motion to modify, reduce, or correct his sentence, which is filed at docket 176.  (Undersigned counsel has also been appointed to represent the defendant with respect to a separately-file motion pursuant to 28 U.S.C. § 2255 and *Johnson v. United States,* 135 S. Ct. 2551 (2015), which is unaffected by this application and proposed order).

Dated: 9/19/16

/s/ John Balazs
John Balazs

## ORDER

IT IS HEREBY ORDERED that the Court's August 29, 2016 order appointing counsel shall extend to representation on defendant's motion for modification or correction of a sentence filed at docket # 176.

Dated:  September 20, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE