John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
MICHAEL BLANCHE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:05-CR-0243-WBS |
|---|---|
| Plaintiff, | (No. 2:06-CR-0451-WBS) |
| v. | **STIPULATION AND ORDER** |
| MICHAEL BLANCHE, | |
| Defendant. | |

  Defendant, MICHAEL BLANCHE, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to the following schedule regarding defendant's motion for modification or correction of sentence filed at docket # 176 in no. 2:05-CR-0243-WBS (and at docket # 268 in no. 2:06-CR-0451-WBS):

  Government's response to motion due:   December 15, 2016

  Defendant's reply due:   January 13, 2017

  The matter shall then stand submitted absent further order of the court.

  ///

  ///

Stipulation and Order   1

Dated: November 15, 2016                  Dated: November 15, 2016

PHILLIP TALBERT
Acting United States Attorney

 /s/ *JASON HITT*                          /s/*John Balazs*
JASON HITT                                JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                    Attorney for Defendant
UNITED STATES OF AMERICA                  MICHAEL BLANCHE

**ORDER**

IT IS SO ORDERED.

Dated: November 16, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE