UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MICHAEL WAYNE BLANCHE,<br><br>Defendant. | No. 2:05-cr-0243 WBS CKD P<br><br><br><br>ORDER |

Movant, a federal prisoner represented by counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Under Rule 4 of the Rules Governing Section 2255 Cases, the court must review all § 2255 motions and summarily deny any motion if it is plain that the movant is not entitled to relief.  The court has conducted that review and finds that summary denial of the § 2255 motion is not appropriate.  Therefore, respondent will be directed to file a response.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent is directed to file an answer within sixty days of this order.  <u>See</u> Rule 4, Rules Governing Section 2255 Proceedings.

2. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion.  Rule 5, Rules Governing Section 2255 Proceedings.

1

3. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

Dated:  November 17, 2016

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
blan0243.200