1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11

12   MICHAEL BLANCHE,              Case Nos. 2:05-CR-0243-03 WBS;
                                             2:06-CR-0451-05 WBS
13              Petitioner,

14      v.                        **ORDER OF TRANSFER**

15   DAVID SHINN, Warden,

16              Respondent.

17

18

19                          ----oo0oo----

20          Pursuant to the stipulation of counsel, and good cause

21   appearing, David Shinn, Warden, is hereby substituted for the

22   United States of America as Respondent, and the matter is hereby

23   transferred to the United States District Court for the Central

24   District of California.

25          Attorney John Balazs is hereby relieved as counsel,

26   without prejudice to defendant requesting appointment of new

27   counsel in the Central District of California after the matter is

28   transferred.

                                1

1          IT IS SO ORDERED.

2   Dated:   February 21, 2017

3                           WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2