John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
MICHAEL BLANCHE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL BLANCHE,<br><br>          Defendant. | No. 2:05-CR-0243-WBS<br><br>**STIPULATION AND ORDER** |

Defendant, MICHAEL BLANCHE, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Ross Naughton, hereby stipulate and request that the due date for objections to the magistrate judge's findings and recommendations on defendant's § 2255 motion be extended from September 27, 207 to **October 27, 2017.**

///

///

Blanche's counsel makes this request due to the complexity of the issues and counsel's schedule in other cases.

Dated: September 18, 2017          Dated: September 18, 2017

PHILLIP TALBERT
Acting United States Attorney


 /s/ *Ross Naughton*               /s/*John Balazs*
ROSS NAUGHTON                      JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff             Attorney for Defendant
UNITED STATES OF AMERICA           MICHAEL BLANCHE


**ORDER**

IT IS SO ORDERED.

Dated: September 19, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE