John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
MICHAEL BLANCHE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL BLANCHE,<br><br>　　　　Defendant. | No. 2:05-CR-0243-WBS-CKD<br><br>**STIPULATION AND ORDER** |

Defendant, MICHAEL BLANCHE, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Ross Naughton, hereby stipulate and request that the due date for objections to the magistrate judge's findings and recommendations on defendant's § 2255 motion be extended from October 27, 2017 to **November 3, 2017.**

///

///

Blanche's counsel makes this request because he received yesterday some legal materials from the defendant that counsel wants to review and potentially incorporate into the objections.

Dated:  October 27, 2017                     Dated:   October 27, 2017


PHILLIP TALBERT
Acting United States Attorney


 /s/ *Ross Naughton*                          /s/*John Balazs*
ROSS NAUGHTON                         JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                           Attorney for Defendant
UNITED STATES OF AMERICA        MICHAEL BLANCHE


**ORDER**

**IT IS SO ORDERED.**

Dated:  October 30, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE