JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
MICHAEL WAYNE BLANCHE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL WAYNE BLANCHE,<br><br>Defendant. | No.  2:05-CR-0243-WBS;<br>         2:06-CR-0451-WBS<br><br>**ORDER TO SEAL DOCUMENTS** |

Upon application of the defendant Michael Wayne Blanche, through counsel, there being no opposition, and good cause being shown as set forth in defendant's notice of request to seal and request to seal,

IT IS HEREBY ORDERED that Exhibit H to defendant's January 29, 2021 motion to reduce sentence shall be SEALED until ordered unsealed by the Court.

Dated:  February 2, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE