McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:05-CR-00243-WBS |
| --- | --- |
| Plaintiff, | 2:06-CR-00451-WBS |
| v. | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| MICHAEL BLANCHE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on January 29, 2021. Pursuant to Local Rule the government's response is due on February 5, 2021, with any reply from the defendant due on February 8, 2021.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before February 12, 2021;

b)   The defendant's reply to the government's response to be filed on or before February 19, 2021.

IT IS SO STIPULATED.

Dated:  February 4, 2021                    McGREGOR W. SCOTT
                                             United States Attorney

                                             /s/ JASON HITT
                                             JASON HITT
                                             Assistant United States Attorney

Dated:  February 4, 2021                    /s/ JOHN BALAZS
                                             JOHN BALAZS
                                             Counsel for Defendant
                                             MICHAEL BLANCHE

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)   The government's response to the defendant's motion, is due on or before February 12, 2021;

b)   The defendant's reply to the government's response, if any, is due on February 19, 2021.

IT IS SO ORDERED.

Dated:  February 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE